IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    No. 3:14-cr-30005-DRH-1

JAMES RICHARD CURREY,

    Defendant.

## ORDER

**HERNDON, District Judge:**

This matter is before the Court for case management. This matter is now set for a change of plea hearing on February 25, 2015 at 10:00 am in the East St. Louis Courthouse before the undersigned Judge (Doc. 42). The defendant has no ability to pay for travel from his home in the Middle District of Florida to the Southern District of Illinois for the purpose of appearing at his change of plea hearing. Accordingly, the Court finds that noncustodial transportation of the defendant in accord with 18 U.S.C. § 4285 is necessary and **ORDERS** as follows:

The United State's Marshal is directed to provide the Defendant, James Richard Currey, with noncustodial transportation, or fare for such transportation, from the Middle District of Florida to the Southern District of Illinois, East St. Louis, for the defendant's change of plea hearing on 2/25/2015 at 10:00 a.m. The Marshal shall also provide subsistence expenses for said trip. This order does not

authorize round trip expenses which are not provided for under the statute.

**IT IS SO ORDERED.**

Signed this 5th day of February, 2015.

Digitally signed by David R. Herndon
Date: 2015.02.05 14:02:59 -06'00'

**United States District Judge**