IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                No. 3:14-cr-30005-DRH-1

JAMES RICHARD CURREY,

    Defendant.

## ORDER

**HERNDON, District Judge:**

This matter is before the Court for case management. The defendant completed his change of plea hearing on February 25, 2015 at 10:00 am in the East St. Louis Courthouse before the undersigned Judge. The defendant has no ability to pay for travel from the Southern District of Illinois to his home in the Middle District of Florida. Accordingly, the Court finds that noncustodial transportation of the defendant in accord with 18 U.S.C. § 4285 is necessary and **ORDERS** as follows:

The United State's Marshal is directed to provide the Defendant, James Richard Currey, with noncustodial transportation, or fare for such transportation, from the Southern District of Illinois, East St. Louis to the Middle District of

Florida (for the defendant's return trip from the defendant's change of plea hearing on 2/25/2015).

**IT IS SO ORDERED.**

Signed this 25th day of February, 2015.

Digitally signed by David R. Herndon
Date: 2015.02.25 12:22:36 -06'00'

**United States District Judge**