IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                         No. 3:14-cr-30005-DRH-1

**JAMES RICHARD CURREY,**

    **Defendant.**

### ORDER

**HERNDON, District Judge:**

    This matter is before the Court for case management. This matter is now set for sentencing on June 12, 2015 at 10:00 am in the East St. Louis Courthouse before the undersigned Judge (Doc. 44). The defendant has no ability to pay for travel from his home in the Middle District of Florida to the Southern District of Illinois for the purpose of appearing at sentencing hearing. Accordingly, the Court finds that noncustodial transportation of the defendant in accord with 18 U.S.C. § 4285 is necessary and **ORDERS** as follows:

    The United State's Marshal is directed to provide the Defendant, James Richard Currey, with noncustodial transportation, or fare for such transportation, from the Middle District of Florida to the Southern District of Illinois, East St. Louis, for the defendant's sentencing hearing on 6/12/2015 at 10:00 a.m. This

order does not authorize round trip expenses which are not provided for under the statute.

**IT IS SO ORDERED.**

Signed this 26th day of February, 2015.

Digitally signed by
David R. Herndon
Date: 2015.02.26
15:43:52 -06'00'

**United States District Court**