UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

        **Plaintiff,**                  Case No.   3:14CR30005-DRH

       v.

**James Richard Currey,**

        **Defendant,**

====================================
**Thirty Fifteen Employee Stock Ownership Plan,**

        **Garnishee.**

### GARNISHEE ORDER

     A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on September 23, 2015, stating that at the time of the service of the Writ he had in his possession or under his control an account, Employee Stock Ownership Plan, belonging to the Defendant.

     On October 29, 2015, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

     **IT IS ORDERED,** Garnishee is to pay all funds owed to the Defendant as and when due from the account, Employee Stock Ownership Plan, to the Plaintiff. Payment is to be made payable to the Clerk of the District Court, 750 Missouri

Avenue, East St. Louis, Illinois 62201.

    The Plaintiff is to provide a copy of this Order to the Garnishee.

**Dated: 11/20/2015**

Digitally signed by
Judge David R. Herndon
Date: 2015.11.20
11:08:44 -06'00'

**United States District Judge**